550 S.E.2d 345

Shannon P. SKELLY and Sarah E. Skelly, as Beneficiaries of Michael L. Skelly, Deceased, Appellants,

v.

HERTZ EQUIPMENT RENTAL CORPORATION and Reliance National Indemnity Company, Appellees.

Record No. 2358-00-2.

Court of Appeals of Virginia.

Aug. 7, 2001.

Before: FITZPATRICK, C.J., and BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS and AGEE, JJ.

UPON A PETITION FOR REHEARING EN BANC

On July 10, 2001 came the appellants, by counsel, and filed a petition praying that the Court set aside the judgment rendered herein on June 26, 2001, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on June 26, 2001 is

stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellants shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellants shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.